# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

**CASE NO.:  22-19575-BKC-CLC**
PROCEEDING UNDER CHAPTER 13

**IN RE:**

RONALD PATRICK COLEMAN

DEBTOR_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PLAN COMPLETION AND IF APPLICABLE REQUEST FOR ORDER TERMINATING THE EMPLOYEE WAGE DEDUCTION ORDER

**COMES NOW,** Nancy K. Neidich, Chapter 13 Trustee in the above-styled action and files this Notice of Plan Completion and Request for Order Terminating the Employee Wage Deduction Order, and respectfully shows the Court as follows:

The Chapter 13 Trustee has verified the Debtor in the above-referenced Chapter 13 case has completed payments under the confirmed plan.  The Chapter 13 Trustee respectfully requests that this Court enter an order terminating the Employee Wage Deduction Order, if applicable.  The Chapter 13 Trustee's Final Report of Estate will be submitted as soon as practicable after all payments made to creditors have been negotiated and no outstanding disbursements remain.  This case will remain open pending receipt of the Chapter 13 Trustee's Final Report of Estate.  Upon submission, an order discharging the Chapter 13 Trustee will be entered in this case.

**Debtor must complete and file a Certificate of Compliance, Motion for Issuance of Discharge and Notice of Deadline to Object (LF-97) or no discharge  of debtor will be issued in this case.**

**RESPECTFULLY SUBMITTED** this 23rd day of July, 2026.

*/s/ Nancy K. Neidich*_____
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806